Maximiliano Sileoni
ISCC - D-1-
P.O. Box 70010
Boise, Id. 83707

Case No.: Initial  Inmate Name: Sileoni
Date: 11/06/19  Inmate IDOC#: 98822
Document Title: Prisoner Civil Rights
Total Pages: 2  Inmate Initials Verifying Page Count: _____
Document(s) 1 of 1

In The United States District Court
For The District Of Idaho

| | |
|---|---|
| Maximiliano Sileoni<br>Plaintiff,<br>vs.<br>Corizon Correctional Health Services, Grant Roberts, Dr. Migliori, Rona Seigert, and Warden Jay Christensen<br>Defendants | Case No _____<br><br>Plaintiff's Verified Prisoner's Civil Rights Complaint §1983, for Damages, and Declatory Relief. |

Comes Now, Maximiliano Sileoni; Plaintiff in the above entitled, Lodge his Plaintiff's Verified Prisoner's Civil Rights Complaint §1983, for Damages, and Declatory Relief, to this Honorable Court, as follows:

Plaintiff Requests Jury Trial.

Plaintiff Requests Appointment of Counsel for the reasons that follow:

(a). My name is Jody Carr #79004, I am the person drafting this Complaint for Sileoni because he and I are in Isolation Cells

1.

on D-1 at ISCC and Sileoni is here due to his Severe Mental Illness. He Can Not File nor Maintain a Complaint. He has been issued over 60 D.O.R.s and been in Isolation nearly 10 Years, because of Mental Illness.

(b). ISCC does not even have it's own Paralegal. D. Shedd is the Paralegal for IMSI, SICI, ISCI, CAPPs, and ISCC (About Ten-Thousand Inmates) He can not even get us books because he is So Severely Over-Loaded. It takes weeks just to get something filed.

(c) Sileoni is in such Severe Medical Need from his Faulty Hernia Mesh Surgery that even if he could "Mentally" Litigate this Complaint... He couldn't "Physically".

## Summons Section

Plaintiff: Maximiliano Sileoni, #98822, is a resident of Idaho, incarcerated at ISCC-D-1-3-A, P.O. Box 70010, Boise, Id. 83707.

Defendant: Corizon Correctional Health Services, is a Private Medical Provider Company, that's Contracted by IDOC to Provide Health Care to State Inmates. They're being Sued in their Official Capacity for Deliberate-Indifference, Violating the Eighth Amendements

2.

Cruel and Unusual Punishment Clause.
Their Address is: Parsons, Behle & Latimer,
800 W. Main St., Suite 1300
Boise, Id. 83702

Defendant: Grant Roberts, an Employee of Corizon (Administrator) being Sued in his Official and Individual Capacity via Claims of Cruel and Unusual Punishment, "Deliberate Indifference" an Eighth Amendment Violation.
Whose address is: Parsons, Behle & Latimer,
800 W. Main St., Suite 1300,
Boise, Id. 83702

Defendant: Dr. Migliori, an Employee of Corizon. The Doctor Refusing me Treatment for Faulty Hernia Mesh Surgery, Being Sued in his Official and Individual Capacity via Claims of Cruel and Unusual Punishment, "Deliberate Indifference" an Eighth Amendment Violation.
Whose Address is: Parsons, Behle & Latimer
800 W. Main St., Suite 1300
Boise, Id. 83702

Defendant: Rona Seigert, an Employee of Corizon (Administrator) being Sued in her Official and Individual Capacity via Claims of Cruel and Unusual Punishment, "Deliberate Indifference" an Eighth Amendment Violation.
Whose Address is: Parsons, Behle & Latimer,
800 W. Main St., Suite 1300
Boise, Id. 83702

3.

Defendant: Warden Jay Christensen, the Warden of ISCC, being Sued in his Official and Individual Capacity via Claims of Cruel and Unusual Punishment, "Deliberate Indifference", an Eighth Amendment Violation.
Whose Address is: ISCC
   P.O. Box 70010
   Boise, Id. 83707

Facts Section.

In 2014, Plaintiff's Gul Blatter was removed surgically and Hernia Mesh used in that Surgery.
That "Hernia Mesh" was deffective and has caused Great Pain to Plaintiff.
Since 2016, Plaintiff has Pleaded with Corizon Staff for Treatment, but has only been offered Pain Medication... Not Repair Surgery.
Every Television Channel runs multiple Commercials every day for Lawsuits regarding this "Faulty Hernia Mesh" being used, and the Defendants Refuse to even allow the Plaintiff to Call the "1-800" Phone Numbers for help.
Plaintiff Cannot Exercise, Go Out to Recreation, Work, or Even File His Own §1983 Complaint.

4

Instead, the Defendants have blamed his Mental Health Illness as the Reason they Refuse to Treat him.

This Complaint will need to be Amended after Discovery Phase (Hopefully by Counsel) because Plaintiff's Mental Illness prevents him from being able to Properly Explain his "Facts" to me the drafter and he's in an Isolation cell, 2 cells away from me, but I'm doing my best to help him (Jody Carr).

These facts and Correct Allegations are held in Plaintiff's Medical Records which he cannot get until this Court Sets Out It's Scheduelling Order.

That will Show which Defendant has taken which actions.

Warden Christensen, is Ultimately the Person to Get Plaintiff Medical Care. He's been informed and does Nothing.

## Claims Section

Cruel and Unusual Punishment by all of these Defendants, as they Refuse to Treat Plaintiff's Faulty Hernia Mesh from the Surgery. Violating the Eighth Amendment via "Deliberate Indifference".

5

Please Take Judicial Notice:

Plaintiff has Exhausted all Administrative Remedies.... Over and Over Again, since 2016... Notice of Suffering has been Given and Responded to by All of the Defendants.

Grounds:

Adams v. Poag, 61 F.3d 1537, 1543-44 (11th Cir. 1995); see also, Greeno v. Daley, 414 F.3d 645, 655 (7th Cir. 2005) ("a doctor's persistence in a course of treatment known to be ineffective, and his ban on providing prisoner with pain medication or gastroscopy, supported the doctor knew were painful, ineffective, or entitled to substantial risk of serious harm to prisoner's"); Greeno v. Daley, 414 F.3d 645, 655 (7th Cir. 2005) (painful gastric condition that persisted for years as treatment was denied); Lavender v. Lampert, 242 F.Supp. 2d 821, 843 (D.Or. 2002) (the failure of medical staff to respond to ongoing complaints of chronic pain and debilitating pain could constitute deliberate indifference even though the prisoner regularly recieved medical services); Comstock v. McCrary, 273 F.3d 693, 707 n.5 (6th Cir. 2001) ("Defendants'

6.

position is apparently, that if a prison doctor offers some treatment, no matter how insignificant, he can not be found deliberately indifferent. This is not the Law...")

Prayer for Relief.

1. Pain and Suffering: (Compensatory Relief) Damages
   $950,000.00

2. Punitive Damages:
   $1,275,000.00

3. Declatory Relief:
   Declarations showing these defendants Intentionally Violated Plaintiff's Rights for use in seeking Criminal Charges under 18 U.S.C. 42; US v. Walsh.

4. Any further relief deemed appropriate by this Honorable Court.

Declaration:

I declare under penalty of perjury, all statements herein, are true to the best of my knowledge.
Maximiliano Sileoni                    #98822

X CMRSileoni                           X 10-31-19
   Signiture

7.

drawing by: MAXimiliano Raul Sileoni

I druew this drawing to ilustrate my body and all cronic pain's

Right Sholder Sevier cronic pain hole ARm get Swollen went work out especialy went I do Pull's up Pain is Burning Numbing and Constence shoder hert BAd went I Move my ARm in any direction

Cronic pain After Surgery of the Remouebal of gulblatter

Fractur Bone at age 6 in south AMerica, ARgentina Santa Fé I feil while Running

I need A MAsh hernia Repair Surgery Numbness and Burning pain went work out

Cronic Numbing pain Burning in a woRm way I fill preasure

coRent MAsh is causing me sharp pain, and Numbness and Burning

Right Vesdeferen cronic pain as well Right tesicle doo to the hernia Above Abdominal ARea.

Cronic pain on Both Ankels

Cronic pain only on Right toe At the Joint ARea

Numbness of the skin and cronic Numbness pain it fills Like the pain of a Leg went it gose to sleep

Cronic pain on hip went I walk or lay in Bed

Cronic pain on Neck after I got extracted FRom I.M.S.I cell 79 B-Block c/o Gibney was pushing on my head Against the mattress to Restrain me. I felt Bone popping sound, and intence preasure, 2016 since this year I Been with cronic pain

Kidney pain cronic inflamation

Lower BAck pinch cronic pain that travel to hip Area it couseses me pain went I walk it make me fill Like one Leg is Longer then the other went I walk

that I deposited this complaint postage prepaid in a United States postal depository unit on __11-5-19__ (date); OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on __11-#5-19__ (date); OR (specify other method) _____.

Executed at __ISCC__ on __11-5-19__.
            (Location)              (Date)

_____
Plaintiff's Original Signature

Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach **original** exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.

PRISONER COMPLAINT - p. 4
10/24/2011)                                                                                           (Rev.